UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tomas Leszczynski, | Case No.: 8-23-cv-01698-MEMF-ADS |
| Plaintiff, | |
| vs. | **REPLY TO ANSWER OF DEFENDANT** |
| Richard P. Clem, et al., | **RICHARD P. CLEM** |
| Defendants. | |

Plaintiff Tomas Leszczynski, replays to the answer of defendant Richard P. Clem, CM/ECF document #20.

**Background**: I am the creator of the "Cube," the subject of this case, which I shared under a Creative Commons license, allowing free and non-commercial, no derivative use for the 3D print community. The Cube gained significant popularity on thingiverse.com, with over 500,000 downloads worldwide. The defendants, including Richard P. Clem, are alleged to have unlawfully appropriated my work, professed their "discovery" of it on the Kitchen Cube website, and engaged in mass production under various alleged one-person LLCs, likely for the purpose of evading copyright liability.

**In response to the First Affirmative Defense of defendant:**
The court has personal jurisdiction over the defendant because defendant formed Kitchen Cube LLC which sold the Cube in California. Plaintiff himself purchased the Cube from Kitchen Cube LLC, organized by the defendant, and had it delivered to Orange County, CA. Defendant does not specify in his

1

Answer if any person related to the defendant profited from Kitchen Cube LLC sales as a payment for his services or an investment instrument.

**In response to the Second Affirmative Defense of defendant:**

The Summons were prepared by the clerk at the Ronald Reagan Federal Building and U.S. Courthouse in Santa Ana, CA. The plaintiff had no role in the preparation of summons. The seal affixed to the Summons clearly shows "the Seal of the U.S. District Court, Central District of California" in compliance with 4(a)(1)(A). The case number clearly indicates the court in this case.

**In response to the Third Affirmative Defense of defendant:**

The plaintiff respectfully disagrees and asserts that the complaint sufficiently alleges valid causes of action for the following reasons:

    **Copyright Infringement**: The first cause of action alleges copyright infringement under 17 U.S.C. § 501, asserting that Defendants #1 to #8 have willfully infringed upon the plaintiff's exclusive copyright rights, including the right to reproduce, distribute, and create derivative works based on the Cube design. The complaint provides specific instances of the alleged infringement, including unauthorized manufacturing, distribution, and sales of the Cube, and the creation of derivative works in violation of the plaintiff's exclusive rights.

    **Violation of Creative Commons License Terms**: The second cause of action asserts that Defendants #1 to #8 willfully violated the terms of the Creative Commons license under which the Cube design was shared. It is alleged that the defendants engaged in commercial activities involving the Cube, which directly contravened the non-commercial, no derivatives use license, as expressly prohibited under the license.

    **False Advertising and Misrepresentation**: The third cause of action claims that Defendants #1 and #2 engaged in false advertising and misrepresentation by

making untrue claims and statements regarding the Cube's origins and authorship, in violation of 15 U.S.C. § 1125(a).

The complaint provides specific factual allegations to support these causes of action, including details about the creation and sharing of the Cube design under a Creative Commons, non-commercial, no derivatives license, the alleged infringing activities by the defendants, and false advertising and misrepresentation claims made by Defendants #1 and #2.

In light of these detailed and specific factual allegations, the plaintiff contends that the complaint adequately states valid claims upon which relief can be granted. Therefore, the argument that the claim fails to state a claim is without merit, and the plaintiff requests that the court proceed with the adjudication of these claims on their merits.

**In response to the Fourth Affirmative Defense of defendant:**
The plaintiff asserts that the service of process in this case was sufficient, and any alleged insufficiency is without merit for the following reasons:

**Certified Mail Service**: The plaintiff acknowledges that the Summons and Complaint were sent via certified mail on September 26, 2023, from Newport Beach, California, and that the defendant received the envelope on October 3, 2023. It is essential to note that service by certified mail is a permissible method of service under Rule 4 of the Federal Rules of Civil Procedure (FRCP). Service by certified mail provides evidence of mailing and delivery. In this case, the plaintiff complied with Rule 4, and the defendant's acknowledgment of receiving the envelope further corroborates the successful service of process.

**Request to Waive Service**: The defendant alleges that the envelope did not contain a request to waive service as described by Rule 4(d)(1) of the FRCP. It is the plaintiff's contention that this rule is not applicable in this case. Rule 4(d)(1) pertains to the issuance of a waiver of service for an initial summons and

complaint. In this case, the plaintiff chose not to pursue a waiver of service, opting instead for certified mail service as permitted under the rules.

In summary, the plaintiff avers that the service of process was legally executed through certified mail, which is a recognized and permissible method under the Federal Rules of Civil Procedure. The defendant's receipt of the Summons and Complaint on October 3, 2023, confirms the proper service. The plaintiff denies the assertion that there were other attempts to serve the Summons and Complaint, as certified mail was the sole method of service used in this case, and it was successfully accomplished. Consequently, the fourth affirmative defense, which alleges insufficiency of service of process, should not preclude the plaintiff from pursuing the claims in this case.

Thank you for your consideration of this matter.

Sincerely,



Tomas Leszczynski                    Dated: October 15, 2023
8941 Atlanta Ave #104
Huntington Beach, CA 92646
914-255-2414
thingiversecube@gmail.com