1   Tomas Leszczynski

2   8941 Atlanta Ave #104

3   Huntington Beach, CA 92646

4   914-255-2414

5   thingiversecube@gmail.com

6   Plaintiff Pro Se

7

8               UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11  Tomas Leszczynski,                    Case No.: 8-23-cv-01698-MEMF-ADS

12          Plaintiff,                    Honorable Maame Ewusi-Mensah

13      vs.                               Frimpong

14  Kitchen Cube LLC, et al.,

15          Defendants.                   **PLAINTIFF'S OBJECTION TO**

16  _____        **DEFENDANTS' MOTION TO**

17                                        **STRIKE AMENDED COMPLAINT**

18  Kitchen Cube LLC, Altamatic

19  LLC, and Insider Goods LLC            Date: August 29, 2024

20          Counter-Plaintiffs.           Time: 10:00 AM

21      vs.

22  Tomas Leszczynski                     Discovery Cutoff: September 4, 2024

23          Counter-Defendant.            Pretrial Conference: February 19, 2025

24                                        Trial Date: March 10, 2025

25

26

27

28

Plaintiff's Objection to Defendants' Motion to Strike Amended Complaint

Plaintiff, Tomas Leszczynski, hereby objects to Defendants' Motion to Strike the Amended Complaint (Dkt. No. 100) and requests that the Court deny Defendants' motion. In support of this objection, Plaintiff states as follows:

**Compliance with Court's Order**: The Amended Complaint (Dkt. No. 94) was filed in accordance with the Court's Order dated April 17, 2024 (Dkt. No. 88), which granted Plaintiff leave to amend specific causes of action. The amendments were made strictly within the scope of the Court's instructions.

**Scope of Amendments**: Defendants incorrectly assert that Plaintiff required further leave from the Court to amend causes of action other than the Third Cause of Action. The amendments made to the Amended Complaint were necessary to address the interconnected nature of the claims and to provide clarity and completeness in line with the Court's directives.

**Federal Rule of Civil Procedure 15(a)(2)**: Under Rule 15(a)(2), leave to amend should be freely given when justice so requires. The amendments made were in good faith and aimed at ensuring a comprehensive and just resolution of the issues before the Court.

**Meet-and-Confer Process**: Plaintiff participated in the meet-and-confer process in good faith. Plaintiff's refusal to modify the Amended Complaint was based on a reasonable belief that the amendments were compliant with the Court's instructions and the Federal Rules of Civil Procedure.

**Prejudice to Defendants**: Defendants have not demonstrated any prejudice resulting from the filing of the Amended Complaint. The amendments were made to streamline the issues for trial and facilitate an efficient resolution.

**Numbered Paragraphs Compliance**: Plaintiff acknowledges that the Amended Complaint does not include numbered paragraphs. Plaintiff apologizes to the Court for this oversight. Despite this, all sections, lines, and pages of the Amended Complaint are numbered, allowing for easy reference to any part of the document.

Plaintiff's Objection to Defendants' Motion to Strike Amended Complaint

1    In the broader context of this case, Plaintiff respectfully asks the Court to

2    consider Defendant's arguments within the totality of Defendants' actions and

3    overall conduct:

4    As of May 23, 2024, eight months into this process, Defendants have

5    provided zero (0) responsive responses to my continuous demands. During the

6    May 2, 2024, meet-and-confer, Elliot Chen admitted that all their discovery

7    responses were simply "B.S." (Elliot Chen's statement). This Court has wasted

8    significant resources dealing with the extreme volume of copy-and-paste text

9    from Defendants in many motions, which Elliot Chen himself characterized as

10   "B.S." (Dkt. 98, page 5, lines 1 to page 6, line 19).

11   Defendants stole my work and butchered my cube, converting the work of

12   art, math, love, community sharing, and extreme precision into a reckless,

13   sloppy, and dangerous product that may harm the public, especially sick

14   newborns who use liquid medicine. Their cubes dispense over 17% more liquid

15   than indicated (Dkt. 98, page 30, line 3 to page 36, line 6).

16   Continued pleading with Defendants to fix their redesign error are ignored,

17   and Defendants continue to sell their dangerous product to the public.

18

19   WHEREFORE, Plaintiff respectfully requests that the Court deny

20   Defendants' Motion to Strike the Amended Complaint and allow the case to

21   proceed on the merits of the amended claims.

22

23

24

25   DATED:  July 9, 2024          TOMAS LESZCZYNSKI

26                                 By:    /s/ Tomas Leszczynski

27

28

Plaintiff's Objection to Defendants' Motion to Strike Amended Complaint